# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**FILED**

June 13, 2014

No. 14-30308
Summary Calendar

Lyle W. Cayce
Clerk

BRANDON SCOTT LAVERGNE,

Plaintiff – Appellant

v.

BROOK MEGAN BROUSSARD,

Defendant – Appellee

Appeals from the United States District Court
for the Western District of Louisiana
No. 6:13-cv-2124

Before KING, DAVIS, and ELROD, Circuit Judges.

PER CURIAM:*

The district court correctly held that it lacked diversity jurisdiction over Plaintiff-Appellant Brandon Scott Lavergne's suit pursuant to 28 U.S.C. § 1332. Even if the district court had possessed jurisdiction, Lavergne's claims would have failed under *Heck v. Humphrey*, 512 U.S. 477 (1994). The district court's dismissal of Lavergne's suit is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.